696

187 So. 899

### Howard WILKERSON v. STATE.
#### 7 Div. 414.

Court of Appeals of Alabama.
March 21, 1939.

E. W. Harmon, of Anniston, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

We have examined this record as presented. There is no error in the record, and the bill of exceptions presents no questions of merit.

The rulings of the court on the evidence were without error.

The judgment is affirmed.

Affirmed.

184 So. 923

### Ed WILLIAMS v. NATIONAL LIFE & ACCIDENT INS. CO.
#### 2 Div. 650.

Court of Appeals of Alabama.
Nov. 8, 1938.

L. R. Wilson, of Demopolis, for appellant.

Henry McDaniel, of Demopolis, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellee.

184 So. 923

### C. B. WILLIAMS v. STATE.
#### 4 Div. 447.

Court of Appeals of Alabama.
Nov. 29, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

180 So. 903

### Cliff A. WILLIAMS v. STATE.
#### 4 Div. 366.

Court of Appeals of Alabama.
April 5, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

177 So. 927

### George WILLIAMS v. STATE.
#### 4 Div. 357.

Court of Appeals of Alabama.
Nov. 16, 1937.

BRICKEN, Presiding Judge.
Affirmed.

176 So. 927

### Herman WILLIAMS v. STATE.
#### 4 Div. 338.

Court of Appeals of Alabama.
Nov. 9, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.